United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 14-14407-mdc
Marisa E. Fleming                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 14, 2016
                              Form ID: pdf900         Total Noticed: 24
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
db            +Marisa E. Fleming,    5822 Spruce Street,    Philadelphia, PA 19139-3832
13319748      +Aes/Keystone Stafford,    1200 N 7th St,    Harrisburg, PA 17102-1419
13319749      +Aes/Pheaa,    1200 N 7th St,   Harrisburg, PA 17102-1419
13319750      +Aes/Pnc Natl City,    1200 N 7th St,    Harrisburg, PA 17102-1419
13319753      +Citibank N A,    701 E 60th St N,   Sioux Falls, SD 57104-0493
13323775      +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2235,
               701 E 60th Street North,    Sioux Falls, SD 57104-0432
13319754       Drexel University,    32nd and Chestnut Streets,   Philadelphia, PA 19104
13604568       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13347456     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company, LLC,    PO Box 6275,
               Dearborn, MI  48121)
13319755      +Ford Cred,    Po Box Box 542000,   Omaha, NE 68154-8000
13351918      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13319758      +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
13485137      +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,    211 North Front Street,
               Harrisburg, Pennsylvania 17101-1406
13353861       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON WI 53708-8973
13319759      +Us Dept Of Ed/Glelsi,    Po Box 7860,   Madison, WI 53707-7860
13319760      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 15 2016 01:42:18      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2016 01:42:04
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2016 01:42:17     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13319752      +E-mail/Text: bankruptcy@cavps.com Jul 15 2016 01:42:15     Cavalry Portfolio Serv,
               Po Box 27288,    Tempe, AZ 85285-7288
13322384      +E-mail/Text: bankruptcy@cavps.com Jul 15 2016 01:42:15     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13319756      +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2016 01:38:41     Gecrb/Tjx Cos,    Po Box 965005,
               Orlando, FL 32896-5005
13439499       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2016 01:50:11
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13319757      +E-mail/Text: blegal@phfa.org Jul 15 2016 01:42:12     Pa Housing Finance Age,    211 N Front St,
               Harrisburg, PA 17101-1406
                                                                                              TOTAL: 8

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13319751     ##+Capital Accounts,    1642 Westgate Cir Ste 20,    Brentwood, TN 37027-8195
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: John                  Page 2 of 2                  Date Rcvd: Jul 14, 2016
                             Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor   U.S Bank National Association Et Al...
          agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         DAVID M. OFFEN    on behalf of Debtor Marisa E. Fleming dmo160west@gmail.com,
          davidoffenecf@gmail.com
         HOWARD   GERSHMAN    on behalf of Creditor   Ford Motor Credit Company LLC hg229ecf@gmail.com,
          229ecf@glpoc.comcastbiz.net
         JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
         LEON P. HALLER    on behalf of Creditor   U.S Bank National Association Et Al... lhaller@pkh.com,
          dmaurer@pkh.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARISSA E. FLEMING                          Chapter 13

                    Debtor              Bankruptcy No. 14-14407-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __14th__ day of __July__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-


Debtor:
MARISSA E. FLEMING

5822 SPRUCE STREET

PHILADELPHIA, PA 19139