IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:   Marisa E. Fleming        )   Chapter 13
                                  )
         Debtor                   )   No.14-14407-MDC
                                  )
                                  )


### CERTIFICATION OF NO OBJECTION


I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Reopen Chapter 13 Case to Permit Court to Amend Dismissal Order to Retain Jurisdiction, and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor