IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :        CHAPTER 13

Marisa E. Fleming     :        No. 14-14407-MDC
    Debtor

ORDER

AND NOW, this _____3rd_____ day of _____November_____, 2016, upon consideration of the Motion to Re-open Case to Permit the Court to Amend the Dismissal Order to Retain Jurisdiction, it is hereby

ORDERED that the Debtor's Chapter 13 case is Reopened and the Court is Permitted to Amend the Dismissal Order to retain jurisdiction to consider the Application for Counsel Fees in this matter.

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE