```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                         Case No. 14-14407-mdc
Marisa E. Fleming                                              Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: John              Page 1 of 2      Date Rcvd: Nov 07, 2016
                              Form ID: pdf900         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db             +Marisa E. Fleming,    5822 Spruce Street,    Philadelphia, PA 19139-3832
13319748       +Aes/Keystone Stafford,    1200 N 7th St,   Harrisburg, PA 17102-1419
13319749       +Aes/Pheaa,   1200 N 7th St,    Harrisburg, PA 17102-1419
13319750       +Aes/Pnc Natl City,    1200 N 7th St,   Harrisburg, PA 17102-1419
13319753       +Citibank N A,   701 E 60th St N,    Sioux Falls, SD 57104-0493
13323775       +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,   ATTN: Claims Dept. MC 2235,
                701 E 60th Street North,    Sioux Falls, SD 57104-0432
13319754        Drexel University,    32nd and Chestnut Streets,    Philadelphia, PA 19104
13604568        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13347456      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    PO Box 6275,
                Dearborn, MI  48121)
13319755       +Ford Cred,   Po Box Box 542000,    Omaha, NE 68154-8000
13351918       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13319758       +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
13485137       +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,    211 North Front Street,
                Harrisburg, Pennsylvania 17101-1406
13353861        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,    MADISON WI 53708-8973
13319759       +Us Dept Of Ed/Glelsi,    Po Box 7860,   Madison, WI 53707-7860
13319760       +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 08 2016 02:21:48     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2016 02:21:21
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2016 02:21:47     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13319752       +E-mail/Text: bankruptcy@cavps.com Nov 08 2016 02:21:43     Cavalry Portfolio Serv,
                Po Box 27288,   Tempe, AZ 85285-7288
13322384       +E-mail/Text: bankruptcy@cavps.com Nov 08 2016 02:21:43     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13319756       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2016 02:23:22     Gecrb/Tjx Cos,    Po Box 965005,
                Orlando, FL 32896-5005
13439499        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2016 02:23:00
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13319757       +E-mail/Text: blegal@phfa.org Nov 08 2016 02:21:39     Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13319751      ##+Capital Accounts,   1642 Westgate Cir Ste 20,    Brentwood, TN 37027-8195
                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Nov 07, 2016
                              Form ID: pdf900            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S Bank National Association Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Marisa E. Fleming dmo160west@gmail.com,
               davidoffenecf@gmail.com
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    U.S Bank National Association Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                   :          CHAPTER 13

Marisa E. Fleming        :          No. 14-14407-MDC
    Debtor

O R D E R

AND NOW, this _3rd_ day of _November_, 2016, upon consideration of the Motion to Re-open Case to Permit the Court to Amend the Dismissal Order to Retain Jurisdiction, it is hereby

ORDERED that the Debtor's Chapter 13 case is Reopened and the Court is Permitted to Amend the Dismissal Order to retain jurisdiction to consider the Application for Counsel Fees in this matter.

_Magdeline D. Col_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE