**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Marisa E. Fleming, | : | |
| Debtor. | : | Bankruptcy No.   14-14407-MDC |

# O R D E R

      **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order dated November 3, 2016,[1] is hereby **VACATED**.

Dated:  November 16, 2016

                                        MAGDELINE D. COLEMAN
                                        UNITED STATES BANKRUPTCY JUDGE

David M. Offen, Esquire
The Curtis Center, Suite 160 West
601 Walnut Street
Philadelphia, PA 19106

Jacqueline M. Chandler, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA   19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Courtroom Deputy
Eileen Godfrey

---

[1] Bankr. Docket No. 92.