United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-14407-mdc
Marisa E. Fleming                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John           Page 1 of 1           Date Rcvd: Nov 18, 2016
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db            +Marisa E. Fleming,    5822 Spruce Street,    Philadelphia, PA 19139-3832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    U.S Bank National Association Et Al...
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DAVID M. OFFEN    on behalf of Debtor Marisa E. Fleming dmo160west@gmail.com,
       davidoffenecf@gmail.com
      HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
       229ecf@glpoc.comcastbiz.net
      JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
      LEON P. HALLER    on behalf of Creditor    U.S Bank National Association Et Al... lhaller@pkh.com,
       dmaurer@pkh.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                         TOTAL: 7

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Marisa E. Fleming   )   Chapter 13
                             )
         Debtor              )   14-14407-MDC
                             )
                             )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,000.00 is allowed and the balance in the amount of $2,900.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

11/16/16
DATED:

HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire